IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Benjamin N Brown, Sr. | : | Case No. 17-11430-mdc |
| xxx-xx-9830 | | |
| Debtor | | |

AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

<u>$415.00 EVERY TWO WEEKS for ONE MONTH
then $470.00 EVERY TWO WEEKS</u>

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

*Magdeline D. Coleman*

August 2, 2017

HONORABLE MAGDELINE D. COLEMAN     DATED:
UNITED STATES BANKRUPTCY JUDGE

<u>Make checks payable to:</u>       David M. Offen Esq.
William C. Miller, Trustee          Suite 160 West, Curtis Ctr.
P.O. Box 1799                       Philadelphia, PA 19106
Memphis, TN  38101-1799             (215) 625-9600


Payroll Controller
Bakerite Rolls
2945 Samuel Drive
Bensalem, PA 19020