United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-11430-mdc
Benjamin N. Brown, Sr.                                                          Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: JEGilmore          Page 1 of 1              Date Rcvd: Aug 02, 2017
                               Form ID: pdf900          Total Noticed: 6


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2017.
db            +Benjamin N. Brown, Sr.,    5736 Haddington Lane,   Philadelphia, PA 19131-3416
              +Payroll Controller,   Bakerite Rolls,   2945 Samuel Drive,    Bensalem, PA 19020-7305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Aug 03 2017 01:23:27     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 03 2017 01:23:05
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 03 2017 01:23:15     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2017 01:26:33     Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                           TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2017 at the address(es) listed below:
         BRIAN CRAIG NICHOLAS    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
          PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
         DAVID M. OFFEN   on behalf of Debtor Benjamin N. Brown, Sr. dmo160west@gmail.com,
          davidoffenecf@gmail.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                        TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                                :       Chapter 13


Benjamin N Brown, Sr.                 :       Case No. 17-11430-mdc
xxx-xx-9830


         Debtor


AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

     The future earnings of the above named debtor are subject to the
continuing supervision and control of the Court for the purpose of
enforcing and carrying out the debtor's plan.

     IT IS THEREFORE ORDERED that the employer of the debtor shall deduct
from the wages of the debtor, beginning with the next pay period after
receipt of the Order the sum of

          $415.00 EVERY TWO WEEKS for ONE MONTH
             then $470.00 EVERY TWO WEEKS

     The employer shall continue these deductions until further Order of this
Court and shall remit all monies withheld from the Debtor's wages at least
monthly, or more frequently to the Standing Trustee whose name and address
appear below

_____           August 2, 2017
HONORABLE MAGDELINE D. COLEMAN          DATED:
UNITED STATES BANKRUPTCY JUDGE


Make checks payable to:          David M. Offen Esq.
William C. Miller, Trustee       Suite 160 West, Curtis Ctr.
P.O. Box 1799                    Philadelphia, PA 19106
Memphis, TN  38101-1799          (215) 625-9600


Payroll Controller
Bakerite Rolls
2945 Samuel Drive
Bensalem, PA 19020