```
                IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE:
:       CHAPTER 13
Benjamin N. Brown, Sr.    :    No. 17-11430-MDC
    Debtor                :

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Motion for Relief was served on March 8, 2019 on the Chapter 13 Trustee, William C. Miller, Esquire by electronic mail and on the follow by electronic mail:

Kevin G. McDonald on behalf of US Bank National Association
kmcdonald@kmllawgroup.com

                         /s/ David M. Offen
                         David M. Offen Esq.
                         Attorney for Debtor
                         601 Walnut Street
                         Suite 160 West
                         Philadelphia, PA 19106
                         215-625-9600

3/8/19