IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re | Benjamin N. Brown | ) Chapter 13 |
| | Debtor | ) |
| | | ) No. 17-11430-MDC |
| | | ) |
| | | ) |

**CERTIFICATION OF NO RESPONSE**

I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.


/s/David M. Offen
David M. Offen
Attorney for Debtors

Date: 6/28/19