IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :    CHAPTER 13
                                :
Benjamin N. Brown, Sr.          :
    Debtor                      :    No. 17-11430-MDC

O R D E R

AND NOW, this  19th  day of  September , 2019, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified to reflect that $26,477.50.00 has been paid to the Trustee and the Debtor shall pay $1,105.00 per month for 33 months for a total base amount of $62,942.50 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

cc:

William C. Miller, Trustee

David M. Offen, Esquire