# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In RE:** BENJAMIN N. BROWN, SR.

: **CHAPTER 13**

:

: **BANKRUPTCY NO.** 17-11430-MDC

:

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

Respectfully submitted,

**4/12/2022**

/s/ KENNETH E. WEST

KENNETH E. WEST, Esquire
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia PA 19107
Phone: 215-627-1377