# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Benjamin N. Brown, Sr. | : | No.  17-11430-MDC |
| SS# XXX-XX-9830 | : | |
| Debtor | : | |

## ORDER

AND NOW, this __31st__ day of _____May_____ 2022, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

DATED: